# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **GIRLS GALORE, INC. d/b/a,**<br>**Allure Gentlemen's Club,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO:** |
| | ) | |
| | ) | |
| **CITY OF ATLANTA, GEORGIA,** | ) | |
| **LIEUTENANT MARK COTTER,** | ) | |
| **and** | ) | |
| **JOHN DOE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' NOTICE OF REMOVAL

Defendant City of Atlanta and Defendant Lt. Mark Cotter (the "City Defendants"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal of Civil Action No. 2023CV374401, which was filed in the Superior Court of Fulton County, Georgia. In support of this Notice of Removal, Defendant states as follows:

1. On December 29, 2022, Plaintiff Girls Galore, Inc. filed a Complaint for Damages ("Complaint") in the Superior Court of Fulton County, Georgia styled *Girls Galore, Inc. d/b/a Allure Gentlemen's Club v. City of Atlanta, GA, Mark Cotter, John Doe,* and assigned Docket No. 2023CV374401. *See* Complaint and Summons,

attached hereto as Exhibit A.

2.      On January 24, 2023, Defendant City of Atlanta was served with copies of the Summons and *Complaint*, although no affidavit of service has been filed into the case. On February 23, 2023, Defendant Mark Cotter filed an acknowledgement of service.  *See* Acknowledgement of Service on Lt. Mark Cotter, attached as Exhibit B.

3.      In Plaintiff's *Complaint*, they allege that the City Defendants' conduct toward Plaintiff constitutes violation of Georgia statutes and the laws of the United States, including but not limited to claims under the First, Fourth, and Fourteenth Amendments. *Complaint* (Ex. A) at ¶¶ 28-36.

4.      As such, this action is removable under 28 U.S.C. § 1441 because it is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331.

5.      Because this action was pending in the Superior Court of Fulton County, Georgia, prior to removal, venue for purposes of removal is proper in this Court under 28 U.S.C. § 1441(a).

6.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it is being filed within thirty (30) days after the City Defendants' receipt of the *Complaint*.

7.      Written notice of this Notice of Removal, a copy of which is attached

- 3 -

as Exhibit C, is being sent to Plaintiff and to the Clerk of Court for the Superior Court of Fulton County, Georgia, as provided in 28 U.S.C. § 1446(d).

8.      To the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, this Notice of Removal is well-grounded in fact and warranted by existing law. The undersigned also certifies that this Notice of Removal is not interposed for any improper purpose such as to cause unnecessary delay or to needlessly increase the costs of litigation.

9.      Pursuant to 28 U.S.C. § 1446(a), Defendant attaches as Exhibit D copies of all other process, pleadings, and orders served upon them in Civil Action No. 2023CV374401.

This 23rd day of February 2023.

Respectfully submitted,

/s/ John O. Gainey
**JOHN O. GAINEY**
Assistant Attorney II
Georgia Bar No. 258784
(470) 493-0977 direct
jogainey@atlantaga.gov
**HERMISE PIERRE**
Assistant Attorney II
Georgia Bar No. 597541
(470) 898-8177 *Direct*
hpierre@atlantaga.gov

***Attorneys for Defendants***

- 4 -

**City of Atlanta Department of Law**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
Office: 404-546-4100 (*main*)
Fax: (404) 979-4811

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **GIRLS GALORE, INC. d/b/a,**<br>**Allure Gentlemen's Club,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br><br>**CITY OF ATLANTA, GEORGIA,**<br>**LIEUTENANT MARK COTTER,**<br>**and**<br>**JOHN DOE,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)    **CIVIL ACTION NO:**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>CERTIFICATE OF FONT</u>

I hereby certify that the foregoing DEFENDANT'S NOTICE OF REMOVAL

was prepared in Times New Roman 14-point font in conformance with Local Rule

5.1(C).

*/s/ John O. Gainey*
**JOHN O. GAINEY**
Assistant Attorney II
Georgia Bar No. 258784
(470) 493-0977 direct
jogainey@atlantaga.gov

***Attorney for Defendants***

**City of Atlanta Department of Law**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303

Office: 404-546-4100 (*main*)
Fax: (404) 979-4811

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **GIRLS GALORE, INC. d/b/a,** ) | |
| **Allure Gentlemen's Club,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO:** |
| ) | |
| ) | |
| **CITY OF ATLANTA, GEORGIA,** ) | |
| **LIEUTENANT MARK COTTER,** ) | |
| **and** ) | |
| **JOHN DOE,** ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023, I served a true and correct copy of

DEFENDANT'S NOTICE OF REMOVAL with the Clerk of Court using the

CM/ECF system and all parties listed below were served electronically as follows:

**CARY S. WIGGINS**
Wiggins Law Group, LLC
260 Peachtree Street, NW, Suite 401
Atlanta, Georgia 30303
cary@wigginslawgroup.com

*/s/ John O. Gainey*

- 6 -

- 7 -

**JOHN O. GAINEY**
Assistant Attorney II
Georgia Bar No. 258784
(470) 493-0977 direct
jogainey@atlantaga.gov

***Attorney for Defendants***

**City of Atlanta Department of Law**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
Office: 404-546-4100 (*main*)
Fax: (404) 979-4811